MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105-2102
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134
    Email: cynthia.denardi@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EULALIE MARTINEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 3:13-cv-00985-MEJ<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION FOR DEFENDANT TO FILE ANSWER AND CERTIFIED ADMINISTRATIVE RECORD |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to file an Answer to Plaintiff's Complaint, and the certified administrative record. Counsel for Defendant has been informed that the Office of Disability Adjudication and Review must prepare a corrected certified administrative record for this case, and requires additional time to prepare the certified administrative record. The current due date for Defendant's Answer is July 30, 2013. The new due date for Defendant's answer will be August 29, 2013.

1

Motion to Extend, 3:13-cv-00985-MEJ

1    Counsel for Defendant apologizes to the Court and to Plaintiff for any inconvenience
2 caused by Defendant's failing to file the answer in a timely fashion.  The undersigned conferred
3 with Plaintiff's counsel on July 22, 2013, and Plaintiff is not opposed to Defendant's request.

4                                         Respectfully submitted,

6                                         MELINDA L. HAAG
7                                         United States Attorney

8  DATE: July 25, 2013          By:    /s/ Cynthia B. De Nardi
                                        CYNTHIA B. DE NARDI
9                                       Special Assistant United States Attorney

11         IT IS SO ORDERED.

15  Dated: July 25, 2013          _____
                                  Maria-Elena James
16                                United States Magistrate Judge

2

Motion to Extend, 3:13-cv-00985-MEJ