Steven G. Rosales
Attorney at Law: 222224
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
EULALIE FRANCIS WHITE MARTINEZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EULALIE FRANCIS WHITE MARTINEZ,<br><br>Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security.<br><br>Defendant. | Case No.: 3:13-cv-00985-MEJ<br><br>[PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include October 28, 2013, in which to file Plaintiff's Motion for Summary Judgement; and that all other deadlines set forth in the March 5, 2012 Case Management Order shall be extended accordingly. IT IS SO ORDERED.

DATE   September 27, 2013

_____
THE HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

*[GRANTED — Judge Maria-Elena James, Northern District of California stamp]*

-1-