1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA   94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorney For Plaintiffs,DAREN HEATHERLY
   and IRMA RAMIREZ, each an individual,

6

7

8                  UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  IRMA RAMIREZ and DAREN          )    **CASE NO. CV-11-4868-MEJ**
    HEATHERLY,                      )
12                                  )    **STIPULATION OF DISMISSAL AND**
            Plaintiffs,             )    ~~[PROPOSED]~~ **ORDER THEREON**
13                                  )
                                    )
14  v.                              )
                                    )
15  EL DELFIN; ALICE K. WAUGH; JEFF )
    WAUGH; LYRA J. HUTCHINS; and    )
16  JOSE JORGE SARABIA, an individual )
    dba EL DELFIN                   )
17                                  )
                                    )
18          Defendants.             )
                                    )
19  _____ )

20

21      The parties, by and through their respective counsel, stipulate to dismissal of this action

22  in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).  Outside of the terms of the

23  Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own

24  costs and attorneys' fees.  The parties further consent to and request that the Court retain

25  jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511

26  U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of

27  settlement agreements).

28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON        CASE NO.CV-11-4868-MEJ

1    Therefore, IT IS HEREBY STIPULATED by and between parties to this action through

2    their designated counsel that the above-captioned action become and hereby is dismissed with

3    prejudice  pursuant to Federal Rules of Civil Procedure 41(a)(2).

4        This stipulation may be executed in counterparts, all of which together shall constitute

5    one original document.

6

7    Dated: August 29, 2013                    THOMAS E. FRANKOVICH
                                               *A PROFESSIONAL LAW CORPORATION*
8

9                                              By: */s/ Thomas E. Frankovich*
                                                       Thomas E. Frankovich
10                                             Attorney for IRMA RAMIREZ and DAREN
                                               HEATHERLY.
11

12

13   Dated: August 30, 2013                    BLEDSOE, CATHCART, DIESTEL &
                                               PEDERSON
14

15                                             By:_____
                                                   Alison M. Crane, Esq.
16                                                 Errol C. Dauis
                                               Attorneys for Defendant JOSE JORGE SARABIA,
17                                             an individual dba EL DELFIN

18

19   Dated: 9/-27/, 2013                       JEFF WAUGH - Pro Per
20                                             ALICE K. WAUGH (deceased)

21
                                               By:_____
22                                                 JEFF WAUGH - In Pro Per

23

24
     Dated:          , 2013                    LYRA J. HUTCHINS- Pro Per
25
           9-27-13
26
                                               By:_____
27                                                 LYRA J. HUTCHINS- In Pro Per

28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON          CASE NO.CV-11-4868-MEJ

-2-

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: __9/27/2013__ , 2013

_____
Honorable Magistrate Maria-Elena James
UNITED STATE DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON          CASE NO.CV-11-4868-MEJ