1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA   94903
   Telephone:    415/674-8600
4  Facsimile:     415/674-9900

5  Attorney For Plaintiffs, DAREN HEATHERLY
   and IRMA RAMIREZ, each an individual,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ and DAREN HEATHERLY,<br><br>    Plaintiffs,<br><br>v.<br><br>EL DELFIN; ALICE K. WAUGH; JEFF WAUGH; LYRA J. HUTCHINS; and JOSE JORGE SARABIA, an individual dba EL DELFIN<br><br>    Defendants. | **CASE NO. CV-11-4868-MEJ**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

1   Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2   their designated counsel that the above-captioned action become and hereby is dismissed with
3   prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).
4   This stipulation may be executed in counterparts, all of which together shall constitute
5   one original document.

7   Dated: August 29, 2013          THOMAS E. FRANKOVICH
                                    *A PROFESSIONAL LAW CORPORATION*

9                                   By: /s/ Thomas E. Frankovich
                                        Thomas E. Frankovich
10                                  Attorney for IRMA RAMIREZ and DAREN
                                    HEATHERLY.

13  Dated: August 30, 2013          BLEDSOE, CATHCART, DIESTEL &
                                    PEDERSON

15                                  By: _____
                                        Alison M. Crane, Esq.
16                                      Errol C. Dauis
                                    Attorneys for Defendant JOSE JORGE SARABIA,
17                                  an individual dba EL DELFIN

19  Dated: 9/27/, 2013              JEFF WAUGH - Pro Per
20                                  ALICE K. WAUGH (deceased)

22                                  By: _____
                                        JEFF WAUGH - In Pro Per

24  Dated: _____, 2013            LYRA J. HUTCHINS- Pro Per
25  9-27-13

26                                  By: _____
                                        LYRA J. HUTCHINS- In Pro Per

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: __9/27/2013__, 2013

_____
Honorable Magistrate Maria-Elena James
UNITED STATE DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON     CASE NO.CV-11-4868-MEJ

-3-